

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00213-CV

___

IN THE INTEREST OF A.L.B., A CHILD

___

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 83086A, Honorable Dee Johnson, Presiding

___

August 23, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Maegen Britten, appeals from the trial court's *Order Adjudicating Parentage*. Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam